# EXHIBIT "A"

Dear Judge Cooper,

I appreciate your honor taking the time to read my letter. I would like to start by saying I blame no one for my actions that day but myself and take full responsibility for my involvement in the events of January 6th, 2021. In drafting this letter, I spent hours trying to figure out how best to convey the depth of my regret for my involvement in the events of January 6th and to give context while not minimizing my actions. My actions, borne from a lapse in judgment, stand in stark contrast to the values instilled in me by my upbringing.

I deeply regret my actions, recognizing the lasting negative effects and harm I caused. From the start of when I arrived in D.C. to those last minutes on the terrace, I now understand that being angry and upset and projecting these politically charged emotions into the crowd, or more importantly, taking out my feelings on the community of D.C., the city, the country's capitol, was wrong. My lack of empathy and understanding about how my actions would affect others was short-sighted and destructive. My illegal actions, in broader terms, I feel affected many people around the country negatively. It contributed to the bifurcation of our citizens, eroding people's trust in one another.

I made serious errors in judgment that day. The legal trouble I'm in as a result of my irresponsible actions, and I will have to live with the knowledge that I only have myself to blame and am prepared to accept your judgment. The shame I feel for my actions that day, climbing on the wall, going through the window into the room, contributed to the chaos and the horrible picture it projected to the country and the world, for that matter. I'm disappointed in myself for that disrespect and disregard I showed for my country and fellow citizens by climbing down the Capitol facade. Much of my behavior that day was reckless and childish. It has cast aspersions on my family's name.

Throughout this legal process leading up to sentencing, I've spent countless hours reflecting on my personal history and how I found myself before your court for the decisions I made. Trying to understand how I got here, where I went wrong, and how I can use this experience to grow as a man. My actions in this case do not reflect who I am, how I think, or my lifelong understanding of what it means to be a good member of society. I hope this letter will assist you in deliberations over the appropriate sentence to impose in this case.

Your honor, I am fortunate to have a happy and healthy family who loves me very much. We have gone through many trials and difficulties like any other family. My new girlfriend is a wonderful woman who's devoted to me and stands by me, even though I brought her with me that day and exposed her to a dangerous situation both physically and legally. I've apologized to her and continue to make

amends for the situation I put her in. She trusted me to keep her safe, and not jeopardize our future.

After getting back home from D.C., I did not want to talk about what happened. I didn't want to bring on more shame than I already felt and knew was coming. After reflecting on my actions that day, I knew there would come a day I would have to face the consequences of my actions.

I contacted an attorney early on in an attempt to cooperate with the FBI investigation because this weighed on me heavily. I directed my attorney to try and make contact numerous times. In the months leading up to my arrest, I was haunted day in and day out, as I struggled to deal with the gravity of what I feared was coming. Unfortunately, my fears of being arrested at my work came true, and the shame will forever stain me in many people's eyes. Maybe they are right to feel that way.

Over the last three years, I have removed myself from politics in general. I tried to work on myself every day. I would wake up and try to be of service to someone in need be it at my business, through volunteer work, and with the people in my life. I've worked with St. Jude's nonprofit and various animal rescue groups any opportunity they have needed help.

After being released on pretrial, over the past year, I've complied with every request of my officer, kept her informed, and followed the law. I've made myself available for home inspections and testing whenever randomly called too. I have been a productive member of society. In closing, I just want to say that after changing my life, I think people can make mistakes and learn from them. I hope I was able to demonstrate to you, my candor, and remorse for what happened that day.

I hope I have redeemed myself enough in the eyes of the law to ask for a time served sentence, with a one-year term of supervised release. I hope that during the course of my sentence, I will be able to prove to the Court, the government, and my family that I have and will continue to change for the better as a person and citizen of this great nation. Thank you again for your time.

Sincerely,

Brandon Dillard

# EXHIBIT "B"

The Honorable Judge Christopher Cooper
United States Federal District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001
Courtroom 27A

Dear Judge Cooper,

As I sit down to write this letter on behalf of my son, Brandon Dillard, I am filled with a complex set of emotions. It is with a heavy heart and unwavering hope that I reach out to you. My aim is to provide insights into Brandon's character, shaped by his experiences and the values we as parents instilled in him. My son's character, his heart, is his greatest asset. From his earliest days, Brandon exhibited a remarkable sense of empathy and kindness, traits that were evident in his school years when he would invariably stand up for peers or when he got involved with animal rescue groups at such a young age. Family has been everything to Brandon. He's always been there for his father and me, showing love and respect to us, and maturity from an early age.

Living with ADHD since age 14 has at times proved to be very challenging for Brandon, affecting his decision-making and impulsiveness, particularly when he wasn't medicated. However, it has never diminished his core values or respect for others.

There are a few things I think are important for the court to know. They have had a profound impact on his life. In 2013, Brandon lost his girlfriend to alcoholism, and was the person who found her in that state. After this occurred, he struggled with the grief for the next 2 years, and tried to escape the pain through other substances. Then in 2015, after a lot of personal reflection, my son made the decision to move forward with his life. He made the conscious decision to live life clean. This was the inflection point when he took up politics, as prior to this he was not political at all. This new found interest in politics in his personal life was filled with reading and learning on a daily basis, which kept him active with life. Over the next 5 years, he took over the operations of our business as I am reaching the age that I can no longer do them, and have taken a back seat. Brandon's role in the family business has shown how responsible he has become.

I think it's important to highlight Brandon's relationships with his father, as he is no longer with us. Brandon's relationship with his father, a correction officer, deeply influenced his respect for law enforcement, a principle he has always upheld. They bonded over discussions about law enforcement, with his father proudly sharing his experiences, from the special teams he was part of at the jail to the complex training he underwent. After 2015, Brandon made a

concerted effort to spend time with his father every week, fostering a bond that deepened their connection. During this period, they found common ground conversing about politics, a subject they could discuss as equals, and he did this for 3 years. Unfortunately, the loss of his father in 2019 was a significant blow. That day changed my son, and while he did step up as The executor, showing a lot of maturity, it was life-changing. Even when he was struggling with loss again, he made sure his father's affairs were handled according to his father's wishes. This demonstrated his kindness and fairness for everyone involved.

Unfortunately, that next year without his father weighed heavily on him. I believe that loss coupled with the tense political situation that the elections in 2020 brought to our country. My son struggled to manage his emotions, as so many did, but at no time would my son resort to violence. He was raised by his father and uncle, both officers, and his cousin a detective.

After Jan 6th, Brandon was honest and open about his disapproval of that day's events and the toll he felt it would have on the country. He has shown remorse and a desire to learn from his experience. We are committed to supporting Brandon through these challenging times, confident in his ability to grow and contribute positively to society.

Your Honor, thank you for taking the time to consider a mother's perspective on her son's character and future. Should you require any further information, please do not hesitate to reach out.

With deepest respect,

Susan Schneider
February 20th, 2024

# EXHIBIT "C"

February 29, 2024

Dear Judge Christopher Cooper,

I am writing this letter in support of Brandon Dillard, who stands before you. As Blaize Mettler's mother, I have had the privilege of getting to know him over the past several years, witnessing firsthand his compassion, integrity, and unending dedication to those he cares about.

From the moment he entered our lives in 2017, I immediately saw that Brandon possesses a rare kindness and generosity of spirit. His love for animals, demonstrated through his involvement with the monkey sanctuary in Florida, to his tender care for feral animals, spoke volumes about his character. I have seen him open his heart to these terrified and vulnerable beings, providing them with love, shelter, and a second chance at life.

Moreover, he has seamlessly integrated himself into our family, becoming not just my daughter's partner, but a cherished member of our extended household. His consistent presence on birthdays and holidays, coupled with his genuine interest in spending quality time with us, has forged deep bonds of friendship and trust. He has always shown a great deal of warmth, respect, and genuine affection for each of us.

But most significantly, Brandon has been a devoted source of strength and support for my daughter during some of her darkest moments over the years. With his unwavering strength and encouragement, he has guided her through adversity, helping her to overcome obstacles and emerge stronger and more resilient. I am eternally grateful for the positive influence he has had on her life and firmly believe that, without his steadfast presence, she would not be the remarkable young woman she is today.

I am fully aware of the circumstances that have brought Brandon before this court, and I do not seek to minimize or excuse his actions. However, I implore Your Honor to consider the totality of his character and the depth of his remorse. While he may have faltered on that fateful day in Washington DC, I can attest to the fact that it is wholly inconsistent with the compassionate, empathetic individual I have come to know and love.

I know that Brandon is acutely aware of the gravity of his actions and has taken this time to reflect deeply on the consequences of his choices. He understands that accountability is paramount and is prepared to accept whatever judgment Your Honor deems appropriate. I do not write this letter to plead for leniency, but rather to offer insight into the man behind the offense—a man of integrity, humility, and profound decency.

In closing, I humbly ask Your Honor to weigh my words, along with any other testimonials presented, with compassion and fairness. Brandon's actions do not define him as a human being; rather, they are a momentary lapse in judgment that he deeply regrets. I have faith in his capacity for redemption and sincerely hope that, in your wisdom, you will consider the entirety of his character when rendering your verdict.


Thank you for your time to read this letter and also your attention to this matter.


Sincerely,

Rhonda Mettler

# EXHIBIT "D"

March 20, 2024

Honorable Judge Christopher Cooper
United States Federal District Court for the District of Columbia
333 Constitution Ave NW
Washington DC, 20001

Dear Judge Cooper,

I trust this letter reaches you in a moment of peace amidst your busy schedule. Today, I write to you with a humble plea, on behalf of someone deeply significant in my life – my boyfriend, Brandon Dillard, who stands before you now.

From the very beginning, Brandon has been a beacon of light in my life, a source of unwavering support and understanding. He possesses a kindness that is truly rare, a warmth that touches the hearts of those around him. As my partner and confidant, he has been my steadfast companion through the highs and lows of life's journey.

From the moment we met, I knew there was something special about him. He has a kindness that radiates from him, a warmth that draws people in. He's not just my partner, but my best friend – the one who's been there through thick and thin, through laughter and tears.

You see, Brandon isn't just a good person; he's an extraordinary one. He has this innate ability to connect with others, to see the world through their eyes and offer a hand when it's needed most. I've watched him time and again reach out to strangers, offering help without a second thought. It's just who he is, deep down to his core.

I want to tell you a little about our trip to Washington DC, the one that led us here today. It was supposed to be a chance for us to explore, to see the sights and soak in history. We had no idea what was coming, no inkling of the chaos that would unfold. When we heard about the political rally, it seemed like an opportunity to experience something new together. We never could have imagined the events that followed.

But beyond that day, I want you to know something else about Brandon. We've been together for several years now – maybe seven, though time has a way of blurring together. A while after we met, I started going through some incredibly difficult times. Doubts, fears, struggles that seemed insurmountable. And yet, through it all, he never wavered. He was always there, by my side, offering a shoulder to lean on and a hand to pull me back up.

My life today, the one I cherish and hold dear, is in large part because of him. He never gave up on me, never stopped believing in me – even when I couldn't believe in myself. It's a debt I'll never be able to repay, but I'm forever grateful to him, for the love and support he's given me through it all.

That's why I'm writing to you today, Your Honor. Because I believe in him, just as he's believed in me. I know he made a mistake, but I also know it's not a reflection of who he truly is – a kind, compassionate man with a heart of gold. I ask you to consider not just the events of that day, but the person standing before you. He's not just my boyfriend; he's my partner in every sense of the word, and I'll stand by him through it all.

Thank you for taking the time to read my letter, Your Honor. I hope it offers some insight into the person I know Brandon Dillard to be.

Sincerely,

Blaize Mettler

# EXHIBIT "E"



Trinity Reformed Church
9132 Worsley Park Place
Las Vegas, NV 89145
(702) 370-2029

The Honorable Judge Christopher Cooper
United States Federal District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

To Judge Cooper,

My name is Jeff Stackhouse, and I serve as the pastor of Trinity Reformed Church in Las Vegas. I am writing on behalf of Brandon Dillard, whom my wife and I have known for 18 years. Our connection with Brandon and his family has grown through significant shared experiences, including when my wife's medical journey led us to his hair replacement business. Brandon's unwavering professionalism, warmth, and fairness have always stood out, embodying a spirit of care and respect that has positively affected everyone around him.

Brandon has faced considerable personal challenges, yet his resolve in the face of adversity has been inspiring. Witnessing his growth after the loss of his previous girlfriend has been a testament to his character. He has matured into a responsible individual whose positive impact on others and ability to learn from his past are commendable.

His compassionate nature is further evident in his dedication to animal rescue, where he invests his time, resources, and efforts. Brandon's commitment to this cause showcases his empathy.

In times of hardship, Brandon has been a steadfast friend, extending support with generosity and sincerity. He has shared with me his genuine remorse for his involvement in the January 6th incident. Brandon acknowledges his mistakes and is eager to contribute constructively to society. I am confident that he will use this experience as a stepping stone towards personal growth and becoming the man God has designed him to be.

I appreciate your consideration of my insights on Brandon Dillard's character.

Sincerely,

Pastor Jeff Stackhouse
February 5, 2024

# EXHIBIT "F"



Jungle Friends Primate Sanctuary
Kari Bagnall, Founder and Executive Director
13915 North State Road 121
Gainesville, FL 32653

Judge Christopher Cooper
United States Federal District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC

Dear Judge Cooper,

I am writing to you as the Founder and Executive Director of Jungle Friends Primate Sanctuary, a non-profit 501(c)(3) organization dedicated to the rescue and rehabilitation of primates. We specialize in providing high-quality sanctuary care for New World monkeys being retired from laboratory research, ex-pets, or monkeys who have been confiscated by the authorities.

We work cooperatively with a national network of other credible animal sanctuaries, government agencies, other primate and animal protection organizations, and qualified individuals. Jungle Friends is committed to advocacy and education, and to provide assistance to improve the circumstances of captive primates wherever possible.

Having known Brandon for 28 years, I am compelled to provide a character reference on his behalf. From the early age of 12, he was enthusiastic about volunteering in our sanctuary, growing into his invaluable role as a team member. Brandon has exhibited an unwavering dedication to animal welfare and environmental conservation. His contributions have significantly impacted our operations, from fundraising to rescuing and fostering neglected primates. Brandon's passion for our cause has also led him to engage in community outreach, educating young students about the importance of conservation and empathy towards all living beings.

An example of his extraordinary compassion occurred in 2019 when we faced an emergency, and he offered to help rescue a primate from Arizona. His willingness to undertake a lengthy journey and personally fund the rescue operation exemplifies his selflessness and dedication to animal welfare. This act is a testament to Brandon's character, showcasing his readiness to support those in need.

Upon learning of Brandon's involvement in the events of January 6th, 2020, I was deeply saddened. However, through subsequent conversations, it became clear that Brandon deeply regrets and is genuinely embarrassed by his actions that day. He has shown genuine remorse and a thoughtful reflection on his decisions. My experience with Brandon does not align with the behavior observed on that day; he has always been a kind-hearted individual committed to positive causes.

Brandon's acknowledgment of his mistakes and his proactive steps towards personal growth and making amends have been apparent. His long history of positive community involvement and

non-violence starkly contrasts the events of that day, reinforcing my belief that those actions do not define his character.

I urge you to consider the full spectrum of his character, demonstrated through decades of compassionate action and community service. Brandon is a man of integrity, empathy, and kindness.

Please feel free to reach out if you need any additional information thank you.

Respectfully,

Kari Bagnall

January 19th 2024

# EXHIBIT "G"



February 22,2024
Judge Christopher Cooper
United States Federal District Court for the District of Columbia
Courtroom 27A
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Cooper,
As President I am writing to you, on behalf of St. Jude's Women's Auxiliary, a non-profit organization dedicated to abused, abandoned, and children in dire circumstances. This letter is in support of Brandon Dillard. We have known and worked with for over 10 years.
Mr. Dillard has been a part of our organization since 2013, contributing significantly through volunteering, leadership and fundraising his dedication to our cause and a commitment to serving our community, amplify the core values that we hold dear.

Brandon, wears many hats during our two annual fundraising events. Helping sort and process our donations, pick ups and prepare them for distribution or our fundraising events. He helps with our donation pick ups and moving large items at times at his own expense, using his vehicle, gas whatever we ask of him.
Mr. Dillard has served as a trustee on our Board of Directors for a two-year term.
Throughout his time with us, Brandon has demonstrated qualities such as compassion, leadership, generosity, and unwavering commitment to our community.

As a trustee, Brandon attended all board meetings and was knowledgeable regarding the importance of financial accountability and distribution of donations. His time and commitment to maintaining the donation contracts we had with hotels and businesses to keep our organization effective and within our stated goals,
Brandon was always dependable, showing up at the last minute when we needed help at donation locations, Lifting heavy and large

objects, He would load and transport these  items to our main facility or to any of our fundraisers.
During these fundraisers, he helped with the operations of the function and donated items for the fundraising event.

We are aware of the charges against Brandon and have had open discussions with him about the events of January 6, 2020.
We feel that Brandon is generally remorse for his actions on that day, he has expressed regret about the decisions he made. We believe that he has learned from this experience and continues to demonstrate a commitment to positive change. We find him to be an exceptional young man and a great asset to our community, given our long-standing relationship with Brandon and our knowledge of his character and commitment to help others we kindly request that you consider these factors in your deliberations. we believe in Brandon's capacity for growth and his sincere remorse for the actions leading to his current situation. We would like to thank Judge Cooper and the court for taking the time to consider our perspective.
We hope our letter offers valuable insight into Brandon Dillards character and the positive impact he has had on our organization and community.

Sincerely, Sandra Vescio,

President, St.Jude's Women's Auxiliary
Sandravescio@gmail.com.

Next P.O. Box 42008, Las Vegas, Nevada 89116

# EXHIBIT "H"

Zachary Terry
2785 Rosanna St
Las Vegas, NV, 89117
918-500-2872
February 10, 2024

Judge Christopher Cooper
United States Federal District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Cooper,

I am writing this character reference letter for my dear friend, Brandon Dillard, with whom I have had the pleasure of sharing a close friendship for the past nine years. It is with a real sense of responsibility that I vouch for his character, underscoring his qualities of integrity, compassion, and unwavering support, both professionally and personally.

Throughout our enduring friendship, Brandon has consistently shown a genuine commitment to my well-being. His willingness to offer guidance, constructive feedback, and encouragement has been instrumental to my growth. Brandon possesses a remarkable ability to provide insights that have continually inspired me.

What distinguishes him is his profound compassion for his friends, family, and the community around him. He is deeply committed to fostering meaningful connections and being of service to others. His kindness and generosity extend beyond human relationships, as he devotes his time and effort towards caring for animals.

I have witnessed his dedication to the well-being of these animals firsthand, whether it's dogs or the cat colonies in our neighborhood. He regularly goes above and beyond by providing food, shelter, and medical attention, demonstrating a level of care and devotion that is truly commendable. Such acts of kindness exemplify Brandon's altruistic nature, as he extends his kindness not only to his friends but also to those who may be overlooked by others. It's a testament to his compassionate nature, showcasing his willingness to contribute positively and selflessly. His actions consistently reflect a deep-seated empathy and a commitment to making a tangible difference in the lives of others, human and animal alike.

In light of this, I respectfully submit this character reference for Brandon Dillard, fully acknowledging the gravity of his situation. Despite the regrettable nature of his actions, which he admits were undoubtedly short-sighted, I stand by his character without reservation. Brandon's inherent qualities of compassion, support, and unwavering dedication underscore his potential for positive contributions to society.

If you have any further questions or require additional information, please feel free to contact me.

Sincerely,

Zachary Terry

# EXHIBIT "I"

January 28th 2024
United States Federal District Court for the District of Columbia
Honorable Judge Christopher Cooper
Courtroom 27A

To Judge Cooper,

      This letter is to be used as a character reference for Brandon Dillard. i would like to inform you that I have known Brandon since he was 17 years old and I grew up with his older half-brother. Although I knew him at a much younger age, I did not start spending time with him till we were in our early 30's. Brandon has become a very good friend to me over the past several years. Brandon since then has become a very supportive friend and someone I have come to count on in times of need. Brandon was there for me as a good friend through several of my personal struggles and was one of my few friends that attended my college graduations. Brandon attended both my bachelor's and master's degree graduations. Brandon was also present at my wedding reception as a supportive friend. Brandon over the years has become one of those friends that time or distance have no impact over the quality of friendship we share. No matter how much time lapses between seeing each other our degree of friendship remains the same.

Sincerely,
Nicholas Sakowski.



# EXHIBIT "J"

# CERTIFICATE OF COMPLETION

## THIS CERTIFICATE IS AWARDED TO:

**Brandon Dillard**

REFERRAL AGENCY: United States Pretrial Services District of Nevada

ADDRESS: 333 S. Las Vegas Blvd. Rm 1112 Las Vegas, NV 89101

CASE NUMBER:

THIS CLIENT COMPLETED THE New Beginning Recovery Group
GROUPS/PROGRAM MEETING THE SPECIFIED REQUIREMENTS OF THE REFERRAL AGENCY.

DATE OF INTAKE: 4/13/2023      DATE OF DISCHARGE: 9/11/2023

DIAGNOSIS: F90.9, F11.20      ATTENDANCE: Compliant

ACCEPTANCE OF TREATMENT: Compliant

PROGNOSIS: Strong

community
COUNSELING CENTER
OF SOUTHERN NEVADA

714 E. SAHARA AVE.
LAS VEGAS, NV 89104
702-369-8700
WWW.CCCOFSN.ORG

Roberto R. Valdez, LCPC, LCADC
COUNSELOR

9/21/2023
DATE